In the Interest of: B.G.L. and J.K.L., Minors.

Kathleen DOWD, Juvenile Officer,

v.

E.T.L., Natural Father, Appellant.

No. WD 44337.

Missouri Court of Appeals, Western District.

Dec. 17, 1991.

Steven D. Wolcott, Gladstone, for appellant.

Donald R. Tharp, Platte City, Abe Shafer, IV, Weston, for respondent.

Before KENNEDY, P.J., and FENNER and BRECKENRIDGE, JJ.

### ORDER

PER CURIAM:

E.T.L., the natural father of two minor sons, appeals from the juvenile court's order making the children wards of the court and placing them in the care, custody and control of the Division of Family Services for placement with their natural mother.

Judgment affirmed. Rule 84.16(b).